UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
NORTHERN DIVISION

| | | |
|---|---|---|
| NORTHERN VALLEY COMMUNICATIONS, LLC | ) ) ) | CIV 08-1003-KES |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| SPRINT COMMUNICATIONS COMPANY LIMITED PARTNERSHIP, a Delaware Partnership, | ) ) ) ) | **MOTION TO WITHDRAW AS COUNSEL** |
| Defendant, Counterclaim Plaintiff and Third-Party Plaintiff, | ) ) ) | |
| v. | ) ) | |
| GLOBAL CONFERENCE PARTNERS, LLC, | ) ) ) | |
| Third-Party Defendant. | ) | |

The undersigned attorney, Talbot J. Wieczorek, of Gunderson, Palmer, Nelson & Ashmore, L.L.P., of Rapid City, South Dakota, respectfully moves this Honorable Court to enter an Order for Withdrawal allowing attorney Duane Pozza of Jenner & Block, LLP, 1099 New York Avenue, N.W., Suite 900, Washington D.C. 20001-4412 to withdraw as counsel for Defendant Sprint in the above-entitled matter, based upon the fact that attorney Pozza will be leaving the firm of Jenner & Block LLP and that Sprint will continue to be represented by the undersigned attorney and attorney Marc Goldman of Jenner & Block. All parties' counsels have advised the undersigned they have no objection to this motion.

Dated this **10th** day of May, 2012.

GUNDERSON, PALMER, NELSON
& ASHMORE, LLP

By   ***/s/ Talbot J. Wieczorek***
    Talbot J. Wieczorek
    Attorney for Defendant
    P.O. Box 8045
    Rapid City, SD  57709-8045
    (605) 342-1078

    Marc Goldman *(pro hac vice)*
    Duane Pozza *(pro hac vice)*
    Jenner & Block
    1099 New York Avenue, NW, Suite 900
    Washington, DC 20001
    (202) 639-6087
    mgoldman@jenner.com
    dpozza@jenner.com

    *Attorneys for Defendant Sprint Communications Company Limited Partnership*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on this **10th** day of March, 2012, I sent by CM/EFC electronic filing, a true and correct copy of the Motion to Withdraw as Counsel to:

| | |
|---|---|
| James M. Cremer<br>Bantz, Gosch & Cremer, LLC<br>305 6th Avenue, SE<br>PO Box 970<br>Aberdeen, SD  57402<br>jcremer@bantzlaw.com | Russ Buntrock<br>Joseph P. Bowser<br>Adam Daniel Bowser<br>Arent Fox LLP<br>1050 Connecticut Ave, NW<br>7th Floor<br>Washington, DC  20036<br>Buntrock.ross@arentfox.com<br>Bowser.joseph@arentfox.com<br>Bowser.adam@arentfox.com |
| Jeana L. Goosmann<br>Anthony Lee Osborn<br>Goosmann Law Firm PLC<br>701 Pierce St, Suite 200<br>Sioux City, IA 51101<br>Jeana@goosmannlaw..com<br>Anthony@goosmannlaw.com | Mark J. O'Connor<br>Jennifer P. Bagg<br>Lampert, O'Connor & Johnston, PC<br>1776 K. Street NW, Suite 700<br>Washington, DC 20006<br>oconnor@lojlaw.com<br>bagg@lojlaw.com |

     ***/s/ Talbot J. Wieczorek***
    Talbot J. Wieczorek