IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
NORTHERN DIVISION

| | |
|---|---|
| **NORTHERN VALLEY COMMUNICATIONS, L.L.C.,**<br><br>**Plaintiff,**<br><br>v.<br><br>**SPRINT COMMUNICATIONS COMPANY, LIMITED PARTNERSHIP,**<br><br>**Defendant,**<br><br>v.<br><br>**GLOBAL CONFERENCE PARTNERS,**<br><br>**Third-Party Defendant.** | CIV. 08-1003<br><br>STIPULATION FOR DISMISSAL |

## **STIPULATION**

The above named parties, by and through their undersigned attorneys of record, do hereby stipulate and agree that:

1. The **Complaint** of NORTHERN VALLEY COMMUNICATIONS, L.L.C., against SPRINT COMMUNICATIONS COMPANY, LIMITED PARTNERSHIP, a Delaware partnership, and any alleged claims for relief stated therein;

2. The **Counterclaim** of SPRINT COMMUNICATIONS COMPANY, LIMITED PARTNERSHIP, a Delaware partnership, against NORTHERN VALLEY COMMUNICATIONS, L.L.C., and any alleged claims for relief stated therein;

3. The **Third-Party Complaint** of SPRINT COMMUNICATIONS COMPANY, LIMITED PARTNERSHIP, a Delaware partnership, against GLOBAL CONFERENCE PARTNERS, and any alleged claims for relief stated therein; and

4. The **Third-Party Counterclaim** of GLOBAL CONFERENCE PARTNERS, a California corporation, against SPRINT COMMUNICATIONS COMPANY, LIMITED PARTNERSHIP, and any alleged claims for relief stated therein,

may be and hereby are dismissed on the merits with prejudice without costs and without notice to any party.  Judgment of dismissal may be entered by the above-named court with all notice of

entry of said judgment of dismissal being hereby expressly waived by all of the parties.

    Dated this 9th day of November 2012.

| | |
|---|---|
| **Counsel for Plaintiff Northern Valley Communications, L.L.C.** |  /s/ James M. Cremer<br>James M. Cremer<br>BANTZ, GOSCH & CREMER, L.L.C.<br>305 Sixth Avenue SE, P.O. Box 970<br>Aberdeen, SD  57402-0970<br>605-225-2232; 605-225-2497(fax)<br>jcremer@bantzlaw.com<br><br>**Ross A. Buntrock**<br>**Joseph P. Bowser**<br><u>Signatures represented with consent, LR 5</u><br>Ross A. Buntrock (admitted *pro hac vice*)<br>Joseph P. Bowser (admitted *pro hac vice*)<br>ARENT FOX LLP<br>1050 Connecticut Avenue NW<br>Washington, DC  20036-5339<br>202-775-5734; 202-857-6395 (fax)<br>buntrock.ross@arentfox.com<br>bowser.joseph@arentfox.com |
| **Counsel for Defendant Sprint Communications Company, Limited Partnership** | **Talbot J. Wieczorek**<br><u>Signature represented with consent, LR 5</u><br>Talbot Wieczorek<br>GUNDERSON, PALMER, NELSON<br> & ASHMORE, LLP<br>P.O. Box 8045<br>Rapid City, SD  57709-8045<br>605-342-1078, x139; 605-342-0480 (fax)<br>tjw@gpnalaw.com<br><br>**Marc A.Goldman**<br><u>Signature represented with consent, LR 5</u><br>Marc A. Goldman (admitted *pro hac vice*)<br>JENNER & BLOCK LLP<br>1099 New York Avenue NW, Suite 900<br>Washington, DC  20001-4412<br>202-639-6000; 202-639-6066 (fax)<br>mgoldman@jenner.com |

2

| | |
|---|---|
| **Counsel for Third-Party Defendant Global Conference Partners, LLC** | **Jeana L. Goosmann** <br> **Anthony L. Osborn** <br> <u>Signatures represented with consent, LR 5</u> <br> Jeana L. Goosmann <br> Anthony L. Osborn <br> GOOSMANN LAW FIRM, PLC <br> 410 Fifth Street <br> Sioux City, IA  51101-1038 <br> 712-226-4000; 712-224-4517 (fax) <br> jeana@goosmannlaw.com <br> anthony@goosmannlaw.com <br><br> **Mark J. O'Connor** <br> **Jennifer P. Bagg** <br> <u>Signatures represented with consent, LR 5</u> <br> Mark James O'Connor (admitted *pro hac vice*) <br> Jennifer P. Bagg (admitted *pro hac vice*) <br> LAMPERT , O'CONNOR & JOHNSTON, P.C. <br> 1776 K Street NW, Suite 700 <br> Washington, DC  20006-2326 <br> 202-887-6230 <br> 202-887-6231 (fax) <br> oconnor@lojlaw.com <br> bagg@lojlaw.com |