

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
NORTHERN DIVISION

| | |
|---|---|
| NORTHERN VALLEY COMMUNICATIONS, L.L.C., <br><br>Plaintiff, <br><br>v. <br><br>SPRINT COMMUNICATIONS COMPANY, LIMITED PARTNERSHIP, <br><br>Defendant, <br><br>v. <br><br>GLOBAL CONFERENCE PARTNERS, <br><br>Third-Party Defendant. | CIV. 08-1003 <br><br><br>JUDGMENT OF DISMISSAL |

Pursuant to the Stipulation of the parties, and for good cause appearing,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that:

1. The **Complaint** of NORTHERN VALLEY COMMUNICATIONS, L.L.C., against SPRINT COMMUNICATIONS COMPANY, LIMITED PARTNERSHIP, a Delaware partnership, and any alleged claims for relief stated therein; and

2. The **Counterclaim** of SPRINT COMMUNICATIONS COMPANY, LIMITED PARTNERSHIP, a Delaware partnership, against NORTHERN VALLEY COMMUNICATIONS, L.L.C., and any alleged claims for relief stated therein;

3. The **Third-Party Complaint** of SPRINT COMMUNCIATIONS COMPANY, LIMITED PARTNERSHIP, a Delaware partnership, against GLOBAL CONFERENCE PARTNERS, and any alleged claims for relief stated therein; and

4. The **Third-Party Counterclaim** of GLOBAL CONFERENCE PARTNERS, a California corporation, against SPRINT COMMUNICATIONS COMPANY, LIMITED PARTNERSHIP, and any alleged claims for relief stated therein,

are hereby dismissed on the merits, with prejudice, and without costs or notice to any party.

**IT IS HEREBY FURTHER ORDERED** that no notice of entry of judgment of dismissal is required to be given to any party.

Dated: November ___13___, 2012.

BY THE COURT:

_Karen E. Schreier_
KAREN E. SCHREIER
CHIEF JUDGE